## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>SAMUEL GUIZIO, | Case No. 24-CR-356 (CRC) |

### ORDER

The Government's [17] Unopposed Motion to Dismiss the Information against Samuel Guizio under Federal Rule of Criminal Procedure 48(a) in light of the Executive Order of January 20, 2025, Granting Pardons and Commutation of Sentences of Certain Offenses Relating to the Events at or Near the United States Capitol on January 6, 2021, is hereby GRANTED. All hearings and deadlines issued by the Court are hereby vacated and this case is dismissed with prejudice. This Order does not constitute a finding of innocence or expunge Defendant's conviction following his plea of guilty on September 19, 2024. See United States v. Wilson, 32 U.S. 150, 160 (1833) (Marshall, C.J.) ("A pardon is an act of grace, proceeding from the power intrusted with the execution of the laws, which exempts the individual, on whom it is bestowed, from the punishment the law inflicts for a crime he has committed."); In re North, 62 F.3d 1434, 1437 (D.C. Cir. 1994) ("[A] pardon does not blot out guilt or expunge a judgment of conviction[.]").

**SO ORDERED.**

Date: January 22, 2025

CHRISTOPHER R. COOPER
United States District Judge